# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALONZO SUGGS,                              )
                                           )
         **Petitioner,**          )
                                           )
**v.**                                     )      **CIVIL NO. 13-CV-953-WDS**
                                           )
UNITED STATES OF AMERICA,                  )
                                           )
         **Respondent.**          )

## ORDER

**STIEHL, District Judge:**

Before the Court are petitioner's motion for certificate of appealability (Doc. 8) and motion for leave to appeal *in forma pauperis* (Doc. 7).

### I. Motion for Certificate of Appealability

In its Order dismissing this case, the Court declined to issue a certificate of appealability (Doc. 3). Petitioner has given the Court no basis upon which it could or should upset that ruling. Accordingly, petitioner's motion for Certificate of Appealability (Doc. 8) is **DISMISSED AS MOOT**.

Petitioner may seek a Certificate of Appealabilty from the Seventh Circuit Court of Appeals. *See* FED. R. APP. P. 22(b); 28 U.S.C. § 2253(c)(1).

### II. Motion for Leave to Appeal *In Forma Pauperis*

Federal Rule of Appellate Procedure 24(a)(3) provides that a financially indigent person may be granted leave to proceed on appeal *in forma pauperis* unless the court "certifies that the appeal is not taken in good faith." In other words, the court must determine "that a reasonable person could suppose that the appeal has some merit." *Walker v. O'Brien*, 216 F.3d 626, 632 (7th

Cir. 2000).   The Court has not been persuaded that petitioner's appeal has any merit, nor has his appeal been taken in good faith.   Accordingly, the Court **DENIES** petitioner's motion for leave to appeal *in forma pauperis* (Doc. 7).

**IT IS SO ORDERED.**

**DATE: November 27, 2013**

                                                            /s/   **WILLIAM D. STIEHL**
                                                                     **DISTRICT JUDGE**